## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    18-29174 |
| MANETTE M. WETE | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This matter coming on to be heard upon the Motion for Relief from the Automatic Stay and for Other Relief and the Court being fully advised;

IT IS HEREBY ORDERED:

A. PLANNED PROPERTY MANAGEMENT, INC., As Agent is granted relief from the Automatic Stay as to the premises located at 1111 North Dearborn Street, Apartment 501, Chicago, Illinois 60610.

B. The stay provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure are waived, and this order is effective immediately.

Enter:    *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  November 06, 2018

**Prepared by:**

SANFORD KAHN, LLP
Attorneys for Movant
180 North LaSalle Street
Suite 2025
Chicago, Illinois  60601
(312) 263-6778