UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>Manette M. Wete<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-29174<br><br>Chapter: 7<br>Honorable Donald R. Cassling |

# ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of Nationstar Mortgage LLC d/b/a Mr. Cooper, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that Nationstar Mortgage LLC d/b/a Mr. Cooper its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 7109 Little Thames Drive, Gainesville, VA 20155.

(2) Rule 4001(a)(3) is waived and Nationstar Mortgage LLC d/b/a Mr. Cooper may immediately enforce and implement this order granting relief from the automatic stay.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: November 06, 2018

**Prepared by:**

Laura A. Hrisko  ARDC#6230993
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-18-11618)